METROPOLITAN LIFE INSURANCE COMPANY, Respondent, v. ABRAHAM HYMAN, Appellant.— Judgment and orders affirmed, with costs. No opinion. Present —

* Affd., 267 N. Y. ——.

Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.; Untermyer, J., taking no part.